Case 9:12-mj-08322-WM Document 1 Entered on FLSD Docket 08/10/2012 Page 1 of 6

AO 91 (Rev. 08/09) Criminal Complaint                    AUSA John C. McMillan, Jr.

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MIGUEL ANTONIO RODAS-SANTOS | ) Case No. 12-8322-WM |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

FILED by _____ D.C.
AUG 1 0 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 10, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, U.S.C. Sections 1326(a) and (b)(2) | Illegal re-entry after deportation by an aggravated felon. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Wilson Pellot, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 10, 2012

_____
*Judge's signature*

City and state: West Palm Beach, FL          William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
Case No. 12-8322-WM

Your affiant, Wilson Pellot, a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, being duly sworn, states as follows:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations. I have approximately twenty six (26) years of experience in the enforcement of U.S. Immigration laws. I have also received specialized training in the area of the Immigration and Nationality Act (INA).

2. The information contained in this affidavit is based on my own personal knowledge, routine record checks of Immigration and Public databases, as well as information provided to me by employees at the United States Citizenship and Immigration Services (CIS). This affidavit is being submitted for the limited purpose of establishing probable cause to charge Miguel Antonio RODAS-SANTOS with violating of Title 8, United States Code, Section 1326(a)(b)(2) (Re-Entry after Deportation). As such, this affidavit does not contain all the facts known to me relating to this investigation.

3. On May 2010, the ASAC West Palm Beach received information about the possible presence in the United States of a citizen of Guatemala identified as Miguel Antonio RODAS-SANTOS. The information received indicated that the defendant had been previously deported from the United States after being convicted for selling cocaine.

4. Checks conducted through various Immigration Data Bases revealed the existence of

an immigration file (A028 306 463) for a citizen of Guatemala by the name of Miguel Antonio RODAS-SANTOS.

5. The information collected from the Immigration Data Bases reflected that RODAS was arrested and deported or removed from the US by the US Immigration Service in 1986, 1987, 2004 and 2005.

6. Criminal checks conducted on SANTOS-RODAS reflected that on September 14, 1990, in Palm Beach County, the defendant was convicted for Sale of Cocaine.

7. RODAS alien file (A028 306 463) was examined and it was found to contain several pictures of RODAS, two sets of fingerprints, a Warrant of Removal (INS form I-205) and a Warning Form (INS form I-294) that is giving to aliens that are Deported or Removed from the US, forbidding them from re-entering the US without the express consent of the US Attorney General.

8. On December 1, 2011, SA Pellot requested from the US Department of Homeland Security, US Citizenship and Immigration Services to check their Databases in order to determine if Miguel Antonio RODAS-SANTOS had obtained consent from the Attorney General of the US or from the Secretary of Homeland Security for re-admission in the US in accordance to the law.

9. On December 2, 2011, the Field Director of US Immigration Services in West Palm Beach, Florida, provided a letter certifying that no record was found indicating that Miguel Antonio RODAS-SANTOS had obtained permission from the Attorney General of the US or from the Secretary of Homeland Security to re-enter the US.

10. On August 10, 2012, during the service of an Arrest and Search Warrant at 6622

Dillman Road, in West Palm Beach, Florida, Agents from the DEA, USMS, PBSO and HSI encountered Miguel Antonio RODAS-SANTOS in one of the rooms of the aforementioned address.

11. When encountered, RODAS initially identified himself to SA Wilson Pellot as Sergio ALVAREZ and indicated that he was born on a date other than his actual date of birth as contained in U.S. Immigration Records, in Guatemala, but shortly after admitted to SA Pellot that his real name was Miguel Antonio RODAS.

12. RODAS was transported to the office of the HSI, Assistance Special Agent In Charge, located at 501 S. Flagler Drive, in West Palm Beach, Florida, where his biometrics were ran through a Law Enforcement Information System known as IAFIS (Integrated Automated Fingerprint System). RODAS was notified that criminal charges were contemplated and his Miranda Rights were provided by SA Frank Quinones prior to questioning.

13. The Integrated Automated Fingerprint System reflected a prior arrest for Miguel Antonio RODAS on October 17, 2003, and October 5, 2005. IAFIS also showed pictures of RODAS-SANTOS (the defendant in this case, based on my personal observation) for the two aforementioned apprehensions.

14. Based upon the foregoing there is probable cause to believe that Miguel Antonio

RODAS-SANTOS is in violation of Title 8, United States Code, Section 1326(a)(b)(2) (Re-Entry after Deportation).

  FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*

Wilson Pellot
Special Agent
Department of Homeland Security
Homeland Security Investigations

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10TH DAY OF
AUGUST, 2012, AT WEST PALM
BEACH, FLORIDA.

*[signature]*

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   12-8322-WM

UNITED STATES OF AMERICA

vs.

MIGUEL ANTONIO RODAS-SANTOS,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        JOHN C. MCMILLAN, JR.
        ASSISTANT UNITED STATES ATTORNEY
        John.McMillan@usdoj.gov
        Admin. No. A5500228
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777